UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE:                                        ) | CASE NO. 11-44794-can-13 |
|                                                     ) | |
| Connie Lynn Schmidt              ) | |
|                                                     ) | |
|                                                     ) | |
| Debtor                                    ) | |
|_____) | |

APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The undersigned, Mark Warren, Deputy General Counsel for The Locator Services Group Ltd. ("Applicant"), Attorney-in-Fact for SunTrust Banks, Inc., ("Claimant") moves this Court for entry of an Order directing the Clerk of the Court to remit to the Claimant the sum of $1,390.85, currently on deposit in the Court's Registry as unclaimed funds.

Applicant further states that:

1. Suntrust Mortgage Inc. was due to receive a distribution from the estate of the debtor in the above-captioned case in the amount of $1,390.85. Said funds have been remitted to the Court as unclaimed, pursuant to 11 U.S.C. § 347. A copy of the Trustee's *Motion Authorizing Plan Trustees to Pay Funds into the Registry of the Court* is appended to this motion.

2. Applicant is an attorney and a "funds locator" who has been retained by the Claimant. Applicant has obtained an original Power of Attorney from the individual or the duly authorized representative for the business or the corporation seeking to claim said funds. A Power of Attorney conforming to the official Bankruptcy Form is attached and made a part of this motion.

3. Applicant has attached and made part of this motion all required supporting documentation establishing the Claimant is the rightful owner of said funds.

4. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other motion for this claim is currently pending before the Court, or that any party other than the Claimant is entitled to receive these funds.

5. Applicant understands that pursuant to 18 U.S.C. § 152, a fine or imprisonment, or both, may be imposed if Applicant has knowingly and fraudulently made any false statements in this document.

Respectfully submitted this day, Monday, November 16, 2015.

THE LOCATOR SERVICES GROUP LTD:

SunTrust Banks, Inc.
Claimant

58-1575035
Claimant's SSN# or Tax ID

BY: /S/ Mark Warren
Signature of Applicant
Mark Warren, (MA Bar # 662334)
Deputy General Counsel
The Locator Services Group Ltd.
280 Summer St, Suite 400
Boston, MA 02210
Phone: (617) 859-0600, ex 32

**Payment Address:**
SunTrust Banks, Inc.
The Locator Services Group Ltd.
280 Summer Street, Suite 400
Boston, MA 02210

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE: )<br><br>  **Connie Lynn Schmidt** )<br>)<br>)<br>)<br>  **Debtor** )<br>_____) | CASE NO. 11-44794-can-13 |

**CERTIFICATE OF SERVICE**

I, Mark Warren, Deputy General Counsel of The Locator Services Group Ltd., as Attorney-in-Fact for SunTrust Banks, Inc., certify that on Monday, November 16, 2015, I caused a true full copy of the Application for Payment of Unclaimed Funds, along with all supporting documentation, to be served via First Class Mail to the following party:

United States Attorney
Charles E. Whittaker Courthouse
400 E. 9th Street
Kansas City, MO 64106

Respectfully Submitted:

/S/ Mark Warren
Mark Warren, (MA Bar # 662334)
Deputy General Counsel
The Locator Services Group Ltd.
280 Summer St, Suite 400
Boston, MA 02210
Phone: (617) 859-0600, ex 32